UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN ISABEL TRUJILLO, | No. CV 15-3710 FFM |
| Plaintiff, | |
| v. | JUDGMENT OF REMAND |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Acting Commissioner of Social Security for further proceedings consistent with the Order of this date.

DATED: October 5, 2016        /S/FREDERICK F. MUMM
                                                            FREDERICK F. MUMM
                                          United States Magistrate Judge