Cyrus Safa
Attorney at Law: 282971
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Carmen Isabel Trujillo

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN ISABEL TRUJILLO, | )  Case No.:  2:15-cv-03710-FFM |
| Plaintiff, | )  {~~PROPOSED~~} ORDER AWARDING |
| vs. | )  EQUAL ACCESS TO JUSTICE ACT |
| | )  ATTORNEY FEES AND EXPENSES |
| | )  PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, Acting | )  AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | )  U.S.C. § 1920 |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,750.00 as authorized by 28 U.S.C. §§ 2412 and 1920, be awarded subject to the terms of the Stipulation.

DATE: January 19, 2017          _____/S/ Frederick F. Mumm_____
                                HON. FREDERICK F. MUMM,
                                UNITED STATES MAGISTRATE JUDGE